UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Hernandez
_____ plaintiff

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City
Commissioner of New York City Corrections
Deputy Commissioner  New York City Comm.
Warden of RNDC
Adjucation Hearing Captain Petty #1626
Captain Burke  #539
Grievance Officer  Civillian (perilman)
Grievance Officer OBCC
Warden of OBCC
                        defendants
_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)
1985,1986
Jury Trial:  ☑ Yes  ☐ No
(check one)

RNDC    7th Amend USCA (Jury)
        fed R Civ 38
injunctive declaratory
relief sought

individual & official
capacity

# 16CV 6690

I.    **Parties in this complaint:**

None

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name Juan Hernandez
             360-16-00104
             ID # _____
             Current Institution __RNDC__
             Address __11-11 Hazen ST__
             __East Elmhurts NY 11370__

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Commissioner of NYC Corr.__  Shield #_____
                   Where Currently Employed __70-25   Astoria Blvd__  NYC Correction
                   Address __70-25 Astoria Blvd__
                   __East Elmhurst NY 11370__

1

Defendant No. 2

Name Deputy CommissionerNYC Corr.    Shield #_____

Where Currently Employed NYC Corr.

Address 70-25 Astoria Blvd
East Elmhurst NY 11370

Defendant No. 3

Shield #_____

Name Warden RNDC    11-11 Hazen ST NYC Correction

Where Currently Employed 11-11 Hazen ST East Elmhurst NY 11370

Address _____

Defendant No. 4

Name Captain Petty #1626  Burke#589  Shield #1626 #589

Where Currently EmployedNYCD Corrections
11-11 Hazen ST East Elmhurst NY 11370

Address _____

Defendant No. 5

Name Grievance Civillian perilmsan   Shield #_____

Where Currently Employed RNDC  NYC Corrections
11-11 Hazen ST East Elmhurst NY 11370

Address _____

II.     Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
Non     RNDC

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
No Dorm Area -Cell Block 6up North

C.    What date and approximate time did the events giving rise to your claim(s) occur?
June 25th 2016

PLEASE NOTE : HERNANDEZ IS IN UNIT COURT TO EXPUNGE TICKET

2

**D.  Facts:** T/P/O/ Hernandez contends HE DID NOT PROVOKE instigate a incident that led to alleged fighting in Supa North luna 26th 2016 and had witnesses to such Hernandez claims that somehow it was chucked off that Hernandez waived his appearance to Hearing Hernandez claims said statement is alie . 10 days later Hernandez was sentenced to 6days Box Time Hernandez appealed to Warden RNDC AdjucationHearting Capt. Captain Burke Grievance RNDC, grievance MUSC to no avail Without just cause of procedural due process hearing Hernandez was sentenced hernandez claims he also suffered injury due to attack on his person. Bruises and swelling to face chest back pain soreness in shoulders and trouble eating due to jaw and face _____ both eyes although no medical attention adequate was provided

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. pain and suffering, trauma , mental anguish.claustrophia , anxiety depression inadequate medical

## IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _/_  No ___

Rev. 05/2010

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).        RNDC

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  /      No ____     Do Not Know ____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)? .

Yes  /      No  /      Do Not Know ____
                                They claim they cannot interfere prism disciplinary
If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes  /      No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ /    No ____

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?  OBCC. ODCC where box is located _____

1.     Which claim(s) in this complaint did you grieve?  Hernandez did not waiive hearing the acceptance of my person to box _____

2.     What was the result, if any? _____
       nothing

3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

grievance does not accept _____

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here: _____

_____ n/a _____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____ n/a _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. _____

_____ n/a _____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount).    IN official & individual capacities
institute   civil litigation to the sum of 10,000,000 dollars
under 1st 4th,5th,8th,14 th federal Cons.    Jurisprudence Art 1sec11
NYSC  for failure to properly trian officers  Instituting a policy that is
Denial of procedural Due Process    Failure to protect
blind to  inmates rights during hearing disciplinary .  Grievance
obviously fails to intervene   or protect once alerted  Conspiracy
to violate due process  intentional infliction emotional  distress
Failure to allow witnesses to heating or plaintiff FAILURE to
properly investigate failure to punish captain once alertwed to
wrong Hernandez also seeks Feds. to declare  said acts as
unconstitutrional and to bar such further acts

VI.   Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      Yes ____ No X /

On
these
claims

Rev. 05/2010

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit: n/a

Plaintiff _____

Defendants _____n/a_____

2.   Court (if federal court, name the district; if state court, name the county) _____
n/a
_____n/a_____

3.   Docket or Index number _____ n/a _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____n/a_____

6.   Is the case still pending? Yes _____ No _____
     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____n/a_____
_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

On other claims

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____n/a_____

Defendants _____n/a_____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____n/a_____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____
     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____n/a_____

6

Rev. 05/2010

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20 __

            Signature of Plaintiff _____

            Inmate Number _____

            Institution Address _____

*Juan Hernandez*
*RNDC*
*11-11 Hazen Street*
*Elmhurst New York 11370*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ___ day of _____, 20 __ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

            Signature of Plaintiff: _____

SWORN TO BEFORE ME _____

_____ day of _____ 2016

_____

NOTARY PUBLIC

DANIELLE STRINGER
Notary Public State of New York
No 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

7

*Rev. 05/2010*

Juan Hernandez 36016 00104
11-11-Hazen Street,
Elmhurst, New York - 11370

C-74



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7016 0910 0001 9294 6603

Legal Mail

USM
SDNY

Pro se

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 006.68°
0001806967   AUG 17 2016
MAILED FROM ZIP CODE 11355

To: United States District Court
    Southern District Of New York
    500 Pearl street
    New York NY 10007

10007$1316 CO14